UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEMONE CARLINE,
                             Plaintiff,

                           23 Civ. 251 (LGS)

              -against-

                           <u>ORDER</u>

PEPSICO INC., et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated January 25, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

      WHEREAS, the initial pretrial conference is currently scheduled for March 8, 2023, at 4:20 P.M.;

      WHEREAS, Defendant Pepsico Inc. ("Pepsico") has appeared, but Defendant Ace American Insurance Company ("Ace") has not appeared, and Plaintiff has not filed proof of service on the docket;

      WHEREAS, Pepsico filed a letter and proposed case management plan only on its own behalf, not jointly with Plaintiff or with Ace.  It is hereby

      **ORDERED** that if Plaintiff and/or Pepsico has been in communication with Ace, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **March 6, 2023**, at **noon**.  If Plaintiff has not been in communication with Ace, Plaintiff shall file a status letter regarding efforts to serve Ace and request an adjournment of the initial conference as soon as possible and no later than **March 6, 2023**, at **noon**.

Dated:  March 2, 2023
          New York, New York

                                                     LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE