UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                              :
DEMONE CARLINE,                    :
                              :
         -against-              :     23 Civ. 251 (LGS)
                              :
PEPSICO INC.,                       :     <u>ORDER</u>
                     Defendant. :
                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff was invited to file a letter stating the need and legal basis for discovery by March 29, 2023, and did not do so. It is hereby

      **ORDERED** that Plaintiff's request for formal discovery is DENIED for substantially the reasons stated by the Defendant PepsiCo at Dkt. No. 23. Defendant shall provide a copy of the administrative record and Plaintiff's personnel file to Plaintiff by **April 5, 2023**. It is further

      **ORDERED** that Defendant PepsiCo shall file a pre-motion letter for its proposed summary judgement motion per the Court's Individual Rules by **April 10, 2023**. Plaintiff shall file a responsive letter by **April 17, 2023**. A pre-motion conference will be held **April 19, 2023 at 4:20 p.m.** The parties shall call (888) 363-4749 and enter the access code 558-3333. The telephonic conference is public, and the time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: April 4, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                             **UNITED STATES DISTRICT JUDGE**