UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
DEMON CARLINE, :
                         Plaintiff, :
: 23 Civ. 251 (LGS)
      -against- :
: <u>ORDER</u>
PEPSICO, INC. et al., :
                        Defendants. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated April 4, 2023, scheduled a pre-motion conference for April 19, 2023, at 4:20 P.M.;

    WHEREAS, Defendants submitted a premotion letter on April 7, 2023, stating their intent to file a motion for summary judgment; it is hereby

    **ORDERED** that the April 19, 2023, initial pretrial conference is **cancelled**. It is further

    **ORDERED** that Defendants shall file their motion for summary judgment with a memorandum of law, not to exceed 25 pages, by **May 11, 2023**. It is further

    **ORDERED** that Plaintiff shall file its opposition, not to exceed 25 pages, by **June 1, 2023**. It is further

    **ORDERED** that Defendants shall file their reply, not to exceed 10 pages, by **June 12, 2023**. It is further

    **ORDERED** that Defendants shall file a copy of the administrative record by June 12, 2023, and shall email Schofield_NYSDChambers@nysd.uscourts.gov to request a link to upload a courtesy copy.

    **ORDERED** that the parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: April 18, 2023

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE