UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DEMON CARLINE, :
                        Plaintiff, :
                                                          : 23 Civ. 251 (LGS)
                 -against- :
                                                          : ORDER
PEPSICO, INC. et al., :
                       Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated April 18, 2023, set a briefing schedule for Defendants' motion for summary judgment;

      WHEREAS, Plaintiff was to file his opposition to the motion for summary judgment by June 1, 2023;

      WHEREAS, Plaintiff has not filed any opposition.  It is hereby

      **ORDERED** that Plaintiff shall file its opposition, not to exceed 25 pages, by **June 9, 2023.**  If Plaintiff fails to file its opposition, the motion will be treated as unopposed.  A district court "must consider the merits of [an unopposed] motion" and "unopposed motions for summary judgment must fail where the undisputed facts fail to show that the moving party is entitled to judgment as a matter of law."  *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 110 (2d Cir. 2006); *accord Wimbledon Fin. Master Fund Ltd. v. Bienert Miller & Katzman, PLC*, 619 F. Supp. 3d 351, 376 n.7 (S.D.N.Y. 2022).  The movant still bears the burden of showing that no genuine factual dispute exists.  *Vermont Teddy Bear Co. v. 1-800 Beargram Co.*, 373 F.3d 241, 244 (2d Cir. 2004); *accord Sec. & Exch. Comm'n v. Simeo*, No. 19 Civ. 8621, 2021 WL 4041562, at *6 (S.D.N.Y. Sept. 3, 2021).  It is further

      **ORDERED** that, if Plaintiff files an opposition, Defendants shall file their reply, not to exceed 10 pages by **June 20, 2023**.

Dated: June 5, 2023
       New York, New York

                                                                          LORNA G. SCHOFIELD
                                                                     **UNITED STATES DISTRICT JUDGE**