UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Demone Carline,

                Plaintiff,

  -v-

PepsiCo Inc., et al.,

                Defendants.

23 Civ. 251 (LGS)

~~[PROPOSED]~~ ORDER DISMISSING ACTION WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(ii), and finding good cause existing therefore, IT IS HEREBY ORDERED THAT pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.  The Clerk is directed to close the file.

So Ordered.

Dated: June 13, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

-1-